UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOBBETTE PIGUE, | ) No. CV 07-02489-VBK |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: January 17, 2008           /s/
                              VICTOR B. KENTON
                              UNITED STATES MAGISTRATE JUDGE